350

162 A.3d 246

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

Mark David WEMPLE, Respondent.

Misc. Docket AG No. 0083, Sept. Term, 2016

Court of Appeals of Maryland.

June 13, 2017

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Mark David Wemple, to issue a reprimand to the Respondent. The Court having considered the Petition, it is this 13th day of June, 2017;

ORDERED, that Respondent, Mark David Wemple, be and he is hereby REPRIMANDED for violating Rules 1.4 and 1.15(a) and (c) of the Maryland Lawyers' Rules of Professional Conduct; and it is further

ORDERED, that, the Clerk of the Court shall give the notice required by Maryland Rule 19–707(e).